443 A.2d 404

Commonwealth v. Krall, Appellant.

Submitted October 21, 1981. Arthur K. Dils, for appellant; William L. Thurston, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.